JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERONE THOMPSON, ) | Case No. ED CV 15-2352 FMO (AJW) |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| NATIONAL COMMUNITY ) RENAISSANCE OF CALIFORNIA, et al., ) | |
| Defendants. ) | |

Pursuant to the Mediation Report of August 18, 2016, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 31st day of August.

/s/
Fernando M. Olguin
United States District Judge